Submitted on record and appellant's brief August 1, reversed and remanded August 17, 1977

STATE OF OREGON, *Respondent,*
*v.*
BILL LEE GUYTON, JR., *Appellant.*
(No. C 76-10-15318, DA 116611, CA 7879)
567 P2d 619

George W. K. Snyder, Jr., Portland, filed the brief for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error. *State v. Smith,* 271 Or 294, 532 P2d 9 (1975).

Reversed and remanded.